IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

Jonathan Scott,
    Plaintiff,

v.

Camino Real Restaurant, Inc.; Ricardo Onate,
    Defendants.

Case No. 1:16-cv-01484-JES-JEH

### ORDER

This matter is now before the Court on an August 22, 2017 Report & Recommendation from Magistrate Judge Hawley.  (D. 19).[1]  More than 14 days have elapsed since the filing of the Report & Recommendation and no objections have been made.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *Lockert v. Faulkner*, 843 F.2d 1015 (7th Cir. 1988); *Video Views, Inc. v. Studio21 Ltd.,* 797 F.2d 538, 539 (7th Cir. 1986).  As the parties have failed to present timely objections, any such objections have been waived.  *Id.*

The relevant procedural history has been sufficiently outlined in the comprehensive Report & Recommendation of the Magistrate Judge.  The Plaintiff has failed to prosecute this case and comply with Court orders.  The Court concurs with the Magistrate Judge's detailed discussion and recommendation.  Accordingly, the Court now adopts the Report & Recommendation (D. 19) of Magistrate Judge Hawley in its entirety.  Pursuant to Federal Rule of Civil Procedure 41(b), the Court DISMISSES this action WITH PREJUDICE.

---

[1] Citations to the Docket in this case are abbreviated as "D. __."

1

This matter is now terminated.

*It is so ordered.*

Entered on September 7, 2017

    _s/ James E. Shadid_

James E. Shadid

Chief United States District Judge