Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

Jonathon Scott,

    Plaintiff

vs.      Case Number: 16-1484

Camino Real Restaurant, Inc.,
Ricardo Onate,

    Defendants

### JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Plaintiff has failed to prosecute this case and comply with Court orders. The Court concurs with the Magistrate Judge's detailed discussion and recommendation. Accordingly, the Court now adopts the Report & Recommendation [19] of Magistrate Judge Hawley in its entirety. Pursuant to Federal Rule of Civil Procedure 41(b), the Court DISMISSES this action WITH PREJUDICE. CASE TERMINATED.

Dated: 9/11/2017

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court